# Court of Appeals
# of the State of Georgia

ATLANTA, __September 03, 2015__

*The Court of Appeals hereby passes the following order:*

**A15A2366. VIVIAN S. HARRIS v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR et al.**

The Board of Review of the Georgia Department of Labor affirmed the hearing officer's decision to deny unemployment benefits to Vivian Harris. Harris filed a petition for judicial review. The superior court affirmed the Board of Review's decision, and Harris, acting pro se, filed a direct appeal from the superior court's order. We, however, lack jurisdiction.

OCGA § 5-6-35 (a) (1) requires that appeals from orders of superior courts reviewing decisions of state administrative agencies must be made by timely application for discretionary review. See *Jamal v. Thurmond,* 263 Ga. App. 320 (587 SE2d 809) (2003). As a result of Harris's failure to file a timely application for discretionary review, this Court is without jurisdiction to consider the appeal, and it is ordered DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,_____09/03/2015_____
        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.